HONORABLE RICHARD A. JONES

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GEORGE G. ALEXANDER,                    )
                                        )   Case No. 2:19-cv-00652
            Plaintiff,                  )
                                        )   [PROPOSED] ORDER GRANTING
            v.                          )   UNITED STATES' MOTION TO
                                        )   EXTEND TIME TO RESPOND TO
INTERNAL REVENUE SERVICE,               )   FIRST AMENDED COMPLAINT
URSULA GILLIS AGENT, CFO,               )
STEVE BAKER, AGENT,                     )
                                        )
            Defendants.                 )
_____ )

This matter comes before the Court on Defendants' Motion to Extend Time to Respond

to First Amended Complaint.  Dkt. # 2.  Plaintiff has not responded to Defendant's Motion.

Accordingly, having shown good cause for the requested extension, the Court **GRANTS**

Defendants' Motion.  Dkt. # 2.  Defendants shall have until June 3, 2019 to respond to the First

Amended Complaint.

        DATED this 23rd day of May, 2019.

        _____
        The Honorable Richard A. Jones
        United States District Judge

[Proposed] Order Granting U.S.' Motion to Extend Time to
Respond to First Amended Complaint
(Case No. 2:19-cv-00652)

1

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-616-3366